IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Miller, Karen

Printed: 1/15/08

Case Number: 05 B 57115
Judge: Hollis, Pamela S
Filed: 10/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 19, 2007
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,206.00 |  |
| Secured: |  | 5,715.07 |
| Unsecured: |  | 426.93 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,570.00 |
| Trustee Fee: |  | 477.30 |
| Other Funds: |  | 16.70 |
| Totals: | 9,206.00 | 9,206.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,570.00 | 2,570.00 |
| 2. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,968.59 | 125.61 |
| 4. | Deutsche Bank National | Secured | 13,475.79 | 5,589.46 |
| 5. | B-Line LLC | Unsecured | 293.90 | 24.61 |
| 6. | DaimlerChrysler Servs North America | Unsecured | 2,166.63 | 181.41 |
| 7. | RMI/MCSI | Unsecured | 45.10 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured | 1,090.19 | 91.29 |
| 9. | Tennessee Student Assistance | Unsecured | 1,547.94 | 129.62 |
| 10. | Premier Bankcard | Unsecured | 52.53 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 828.00 | 0.00 |
| 12. | Nicor Gas | Unsecured | 91.06 | 0.00 |
| 13. | Comcast | Unsecured |  | No Claim Filed |
| 14. | Providian | Unsecured |  | No Claim Filed |
| 15. | Zales | Unsecured |  | No Claim Filed |
| 16. | First Community Credit Union | Unsecured |  | No Claim Filed |
| 17. | Medical Collections | Unsecured |  | No Claim Filed |
| 18. | SBC | Unsecured |  | No Claim Filed |
| 19. | M Power Communications | Unsecured |  | No Claim Filed |
| 20. | CitiFinancial | Unsecured |  | No Claim Filed |
| 21. | MCI Residential | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,129.73 | $ 8,712.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Miller, Karen

Printed: 1/15/08

Case Number:  05 B 57115
Judge: Hollis, Pamela S
Filed: 10/15/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 144.21 |
| 5% | 93.60 |
| 4.8% | 112.31 |
| 5.4% | 127.18 |
|  | _____ |
|  | $ 477.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

